**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

FILED
FEB 01 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Revised 07/07 WDNY

Amy M. Gasper Pro Se

1064 Salt Rd.

Webster, NY14580

    Name(s) of Plaintiff or Plaintiffs

**Jury Trial Demanded: Yes _X_ No____**

-vs-

Rochester Regional Health ~~et al~~
(Formerly known as Rochester Regional Health System)

100 Kings Highway South

Rochester, NY 14617

    Name of Defendant or Defendants

**DISCRIMINATION COMPLAINT**

24-CV- 6068

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

**Note:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

_____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
    **NOTE:** In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
    **NOTE:** In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

__X__ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
    **NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

**___X___**   New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

## PARTIES

1.   My address is: 1064 Salt Rd Webster, NY 14580

   My telephone number is: 585-313-9006

2.   The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

   Name: Rochester Regional Health (Formerly known as Rochester Regional Health System)

   Number of employees: 19,400 estimated

   Address: 100 Kings Highway South Rochester, NY 14617

3.   (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

   Name: _____

   Address: _____

## CLAIMS

4.   I was first employed by the defendant on (date): 04/10/2018

5.    As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
      08/06/2018 _____

6.    As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any
      did): 08/7/2018 - 11/2020 _____

      _____

      _____

7.    I believe that the defendant(s)

      a. _____        Are still committing these acts against me.
      b.  X           Are not still committing these acts against me.
      (Complete this next item only if you checked "b" above)   The last discriminatory act
      against me occurred on (date) 11/2020 _____

      _____

8.    (Complete this section only if you filed a complaint with the New York State Division of
      Human Rights)

      The date when I filed a complaint with the New York State Division of Human Rights is

      _____

      _ (estimate the date, if necessary)

      I filed that complaint in (identify the city and state): _____

      _____

      The Complaint Number was: _____

9.    The New York State Human Rights Commission did _____ /did not _____
      issue a decision.  (NOTE:  If it did issue a decision, you must attach one copy of the
      decision to each copy of the complaint; failure to do so will delay the initiation of your
      case.)

10.   The date (if necessary, estimate the date as accurately as possible) I filed charges with the
      Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged
      discriminatory conduct is: 03/08/2021 _____

11.   The Equal Employment Opportunity Commission did ___ X ___ /did not
      _____ issue a decision.  (NOTE:  If it did issue a decision, you must attach one
      copy of the decision to each copy of the complaint; failure to do so will delay the
      initiation of your case.)

12.   The Equal Employment Opportunity Commission issued the attached Notice of Right to
      Sue letter which I received on: 11/11/2023 _____. (NOTE:  If it

3

**did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13.    I am complaining in this action of the following types of actions by the defendants:

a. _____ Failure to provide me with reasonable accommodations to the application process

b. _____ Failure to employ me

c. __X__ Termination of my employment

d. _____ Failure to promote me

e. __X__ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

f. _____ Harassment on the basis of my sex

g. __X__ Harassment on the basis of unequal terms and conditions of my employment

h. __X__ Retaliation because I complained about discrimination or harassment directed toward me

i. __X__ Retaliation because I complained about discrimination or harassment directed toward others

j. _____ Other actions (please describe) _____

_____

_____

14.    Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

a. _____ Race

b. _____ Color

c. _____ Sex

d. _____ Religion

e. _____ National Origin

f. _____ Sexual Harassment

g. _____ Age

_____ Date of birth

h. __X__ Disability
Are you incorrectly perceived as being disabled by your employer?
____ yes __X__ no

15.    I believe that I was __X__/was not _____ **intentionally** discriminated against by the defendant(s).

16.   I believe that the defendant(s) is/are _____ is not/are not __X__ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: On 11/05/2020 I was informed I was suspended without pay and was refused a reason. The following week I was informed that my supervisor Amy Clay and HR representative had misspoken during the meeting, and I had been discharged NOT suspended without pay.

17.   **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim. (NOTE:  You must attach a copy of the original complaint you filed with the Equal Employment Opportunity Commission and a copy of the Equal Employment Opportunity Commission affidavit to this complaint; failure to do so will delay initiation of your case.)**

18.   The Equal Employment Opportunity Commission *(check one)*:
      _____ **has not** issued a Right to sue letter
      __X__ **has** issued a Right to sue letter, which I received on __11/11/2023__

19.   State here as briefly as possible the *facts* of your case.  Describe how each defendant is involved, including *dates* and *places*.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need.  Attach extra sheets if necessary.)*

1.  In or about January 2020 at my office located at 100 Kings Highway Rochester NY, I formally requested reasonable accommodation from my employer Rochester Regional Health for my disability. The approved accommodations of work from home 2-3 x month, enforce fellow workers to use headphones while on conference calls did not equate to the most important need of a quiet workplace. Though numerous spaces existed in the same area as our team and were available, non-disabled individuals were provided those quiet spaces while other spaces sat empty. I was intentionally seated next to the busiest conference room on the floor.

2.  In or about May 2020 - November 2020 I was retaliated against by supervisor Amy Clay for reporting to HR the denial of accommodations and differing expectations/procedures of my workflow. I was given a different time off policy than other salaried team members in same role, I was tracked/monitored to be made embarrassed and humiliated while other members of the team were not. I was required to use a check in/check out white board while other team members were not forced to do so. I was treated indifferently by higher-up staff known as the "Boys Club". I was deterred from taking approved FMLA by Amy Clay advising me that my projects would be at risk of failure as she would not be providing backup. Amy Clay began to scrutinize my work differently than fellow coworkers of the same title. I was subjected to different work processes than the rest of the team, Amy Clay attempted to move my work space closer to hers so that she, 'could keep an eye on [me];' I was held me to a different time-off policy than my non-disabled coworkers; Amy Clay misrepresented my work product in order to place me on a performance improvement plan; Amy Clay was vocal of her disapproval for remote work making my use of my accommodation emotionally difficult, my arrival time was consistently questioned while coworkers whom Amy Clay had an outside work relationship with arrived 1-2 hours late without question.

3.  In or about November 5, 2020, after successfully completing the performance improvement plan, I was wrongly suspended without pay for no reason and then told a week later I was discharged without reason.

## FOR LITIGANTS ALLEGING AGE DISCRIMINATION

20.   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
      _____ 60 days or more have elapsed     _____ less than 60 days have elapsed

## FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM

21.   I first disclosed my disability to my employer (or my employer first became aware of my disability on __Aprox November 2019.__

22. The date on which I first asked my employer for reasonable accommodation of my disability is __Aprox November 2019__

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: __remote work from home 2-3 times per month, require staff to use headphones for all phone calls, and permitted use of a recording device for all meetings.__

24. The reasonable accommodation provided to me by my employer were _____/were not __X__ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: __2-6-24__                __Amy M. Cooper under penalty of perjury__

Plaintiff's Signature

6

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>**525-2021-00262** |
|---|---|---|

| NEW YORK STATE DIVISION OF HUMAN RIGHTS | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>**MS. AMY M GASPER** | Home Phone<br>**(585) 313-9006** | Year of Birth |
|---|---|---|

| Street Address<br>**1064 SALT RD, WEBSTER, NY 14580** | City, State and ZIP Code |
|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**ROCHESTER REGIONAL HEALTH SYSTEM** | No. Employees, Members<br>**15 - 100** | Phone No.<br>**(585) 922-1100** |
|---|---|---|

| Street Address<br>**100 KINGS HIGHWAY SOUTH, ROCHESTER, NY 14617** | City, State and ZIP Code |
|---|---|

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON *(Check appropriate box(es).)*<br><br>☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest                    Latest<br>**03-01-2019      11-05-2020**<br><br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I am a Qualified Individual with a Disability. On or about April 10, 2018, I began employment with the Respondent as an IT Project Manager. That was my last position there.**

**In or about Spring 2019, I informed the Respondent of my disability and requested reasonable accommodations for such. Though some of the accommodations were granted, the Respondent refused to allow me to have a quiet work space. Not only were such spaces available, upon information and belief, non-disabled individuals were allowed to work in them.**

**After I made my reasonable accommodation request, my supervisor began to scrutinize my work more heavily; attempted to move my work place closer to hers so that she, 'could keep an eye on [me];' held me to a different time-off policy than my non-disabled coworkers; tried to deny my use of FMLA; misrepresented my work product in order to place me on a performance improvement plan; and questioned me each time she believed I was offline**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br><br>*Digitally signed by Amy Gasper on 03-08-2021 04:48 PM EST* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>*Amy M. Gasper Penalty of Perjury*<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br><br>☒ EEOC | Agency(ies) Charge No(s):<br><br>**525-2021-00262** |
|---|---|---|

| **NEW YORK STATE DIVISION OF HUMAN RIGHTS** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

while not monitoring non-disabled individuals' online status.

Then, on or about November 5, 2020, I was discharged for no reason. In fact, my supervisor initially told me that I was suspended without pay. It was not until afterward that I learned that I was actually discharged.

Upon information and belief, the Respondent discriminated against Mike Meloni because of his disability, and forced him into retirement.

I believe that I have been subjected to this hostile, offensive, and intimidating work environment, subjected to different terms and conditions of employment, denied a reasonable accommodation, and discharged because of my disability, and in retaliation for participating in protected activity, in willful violation of Title I of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally signed by Amy Gasper on 03-08-2021 04:48 PM EST** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br><br>SIGNATURE OF COMPLAINANT<br><br>*Amy M Gasper Under Penalty of Perjury*<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Buffalo Local Office
300 Pearl St, Suite 450
Buffalo, NY 14202
(716) 431-5007
Website: www.eeoc.gov

## CONCILIATION FAILURE AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 10/26/2023

**To:** Ms. Amy M. Gasper
1064 Salt Rd
Webster, NY 14580

Charge No: 525-2021-00262

EEOC Representative and email:     NELIDA SANCHEZ
                                   Senior Investigator
                                   nelida.sanchez@eeoc.gov

### CONCILIATION FAILURE OF CHARGE

To the person aggrieved: This notice concludes the EEOC s processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

**Maureen C. Kielt** Digitally signed by Maureen C. Kielt
Date: 2023.10.26 15:55:29 -04'00'

Maureen Kielt
Buffalo Local Office Director



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Buffalo Local Office**

Olympic Towers
300 Pearl Street, Suite 450
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Buffalo Direct Dial: (716) 541-5007
FAX BUFFAXMAIN@EEOC.GOV
Website: www.eeoc.gov

<u>**Charging Party**</u>
Amy M. Gasper
1064 Salt Rd.
Webster, NY 1450

<u>**Charge No:**</u> 525-2021-00262

<u>**Respondent**</u>
Louise Vella
Rochester Regional Health System
100 Kings Highway South
Rochester, NY 14617

<u>**DETERMINATION**</u>

On behalf of the U.S. Equal Employment Opportunity Commission ("Commission"), I issue the following determination on the merits of the subject charge filed under the Americans with Disabilities Act of 1990, as amended (ADA.) Respondent is an employer within the meaning of the ADA. All requirements for coverage have been met.

Charging Party, an IT Project Manager, alleges that she was harassed, subjected to different terms and conditions of employment, denied reasonable accommodation, and terminated because of her disability and in retaliation for having engaged in a protected activity.

On March 17, 2021, EEOC sent to Respondent a Notice of Charge with a copy of Charging Party's charge of discrimination. Respondent was asked to produce a position statement within 30 days of the Notice of Charge. A request for information was also sent to Respondent. However, no response was received. Respondent failed to log-in EEOC Portal although Respondent's email was valid. Phone calls were made, and voicemail messages were left, but no response was received from Respondent. Consequently, on or about July 21, 2021, EEOC sent to Respondent an Adverse Inference notification indicating that if within 10-days a response to the charge of discrimination and a request for information response were not received, the EEOC was going to give credit to Charging Party's allegations. More recently, the EEOC sent to Respondent follow-up notifications on September 20, 2022 and October 20, 2022, but no response was received.

**Cc:**

Daniel Moore
Harris Beach
99 Garnsey Road
Pittsford, NY 14534

Please retain this notice for your records.